1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA H. REYES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. NATIONAL BANK, N.A. as trustee for MASTR ASSET BACKED SECURITIES TRUST 2006-HE4; OWN IT MORTGAGE SOLUTIONS; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES; AMERICA'S SERVICING COMPANY; WELLS FARGO, N.A.,<br><br>　　　　Defendants.<br>_____ | Case No. EDCV 09-917-VAP (Ex)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against FIRST AMERICAN

1 | LOANSTAR TRUSTEE SERVICES is DISMISSED WITHOUT PREJUDICE.
2 | The Court orders that such judgment be entered.
3
4 | Dated: July 17, 2009
5 |                                        VIRGINIA A. PHILLIPS
                                       United States District Judge