UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA H. REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. NATIONAL BANK, N.A., et al.,<br><br>    Defendants.<br>_____ | Case No. EDCV 09-917-VAP (Ex)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendant First American Loanstar Trustee Services is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  October 21, 2009

                                              *[signature]*
                                              VIRGINIA A. PHILLIPS
                                              United States District Judge