UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA H. REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. NATIONAL BANK, N.A., et al.,<br><br>    Defendants.<br>_____ | Case No. EDCV 09-917-VAP (Ex)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendant Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., d/b/a America's Servicing Company, is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: October 21, 2009

                                            VIRGINIA A. PHILLIPS<br>
                                            United States District Judge