**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA H. REYES, | Case No. EDCV 09-917-VAP (Ex) |
|     Plaintiff, | **JUDGMENT** |
|     v. | |
| U.S. NATIONAL BANK, N.A., et al., | |
|     Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendant Own It Mortgage Solutions is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  March 1, 2010

                                              VIRGINIA A. PHILLIPS
                                              United States District Judge