JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA H. REYES, <br><br> Plaintiff, <br><br> v. <br><br> U.S. NATIONAL BANK, N.A., et al., <br><br> Defendants. | Case No. EDCV 09-917-VAP (Ex) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendant U.S. National Bank, N.A. is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: October 20, 2009

VIRGINIA A. PHILLIPS
United States District Judge